**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **SCENIC LICENSING LLC,**<br><br>   **Plaintiff,**<br><br>**v.**<br><br>**SLING MEDIA L.L.C.,**<br><br>   **Defendant.** | **Civil Action No. 1:21-cv-01529-MN** |

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME**

 IT IS HEREBY STIPULATED by the undersigned counsel for Plaintiff, Scenic Licensing LLC and Defendant, Sling Media L.L.C., subject to the approval of the Court, that Plaintiff's time to file its Answering Brief to Defendant's Motion to Dismiss shall be extended an additional thirty (30) days, up to and including April 27, 2022.

 The requested extension should not disrupt the schedule in this case or prejudice any party.

Dated: March 22, 2022

| | |
|---|---|
| CHONG LAW FIRM PA | FISH & RICHARDSON P.C. |
| */s/ Jimmy Chong* | */s/ Nitika Gupta Fiorella* |
| Jimmy Chong (#4839) | Nitika Gupta Fiorella (#5898) |
| 2961 Centerville Road, Suite 350 | 222 Delaware Avenue, 17th Floor |
| Wilmington, DE 19808 | Wilmington, DE 19801 |
| Telephone: (302) 999-9480 | Telephone: (302) 652-5070 |
| Facsimile: (302) 800-1999 | fiorella@fr.com |
| Email: chong@chonglawfirm.com | |
| | Ruffin B Cordell |
| ATTORNEY FOR PLAINTIFF | Adam R. Shartzer |
| | Matthew P. Mosteller |
| | FISH & RICHARDSON P.C. |
| | 1000 Maine Avenue, S.W., Suite 1000 |
| | Washington, DC 20024 |
| | Telephone: (202) 783-5070 |
| | Facsimile: (202) 783-2331 |
| | cordell@fr.com |
| | shartzer@fr.com |
| | mosteller@fr.com |
| | |
| | *Counsel for Sling Media L.L.C.* |

**SO ORDERED** this ____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE

2